IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUAN & ELIZABETH MARTINEZ,** | : | **CIVIL ACTION** |
| **ADMINISTRATORS FOR THE** | : | |
| **ESTATE OF JUAN MARTINEZ, JR.** | : | |
| **Plaintiffs** | : | |
| | : | |
| | : | **NO. 09-00026** |
| | : | |
| **LESLIE KUBALA,** | : | |
| **Defendant** | : | |

# O R D E R

**AND NOW,** this   24th   day of August, 2011, upon careful consideration of Defendant Leslie Kubala's motion to dismiss (Document #48), and the response of the plaintiffs thereto (Document #51), IT IS HEREBY ORDERED that the motion is DENIED in its entirety.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.